James B. Ball (#007339)
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
ball@bsmplc.com
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 13 |
| Stephanie Del Karmen Cardoza Mancia, | No. 2:22-bk-05728-BKM |
| Debtor. | **OBJECTION TO CHAPTER 13 PLAN** |

Santander Consumer USA Inc. dba Chrysler Capital ("Santander"), a party in interest, hereby objects to the Chapter 13 Plan for the reasons set forth in this memorandum.

## 1. FACTUAL BACKGROUND

Santander is a secured creditor of Debtor ("Debtor" means Stephanie Del Karmen Cardoza Mancia whether single or plural) on the following personal property:

  2021 Chrysler 300

  VIN 2C3CCAAGXMH613769 (the "Collateral").

Santander possesses a valid, perfected, first priority lien against the Collateral. The lien and the Debt which it secures are evidenced by a retail installment contract, executed by Debtor on September 4, 2021, and a lien filing receipt, copies of which are attached hereto as Exhibits "A" and "B".

The unpaid balance of the Debt is $41,880.61.

Debtor's plan proposes to pay Santander $41,284.00 on its secured loan with interest thereon at the rate 5.75% and adequate protection payments of $420.00. Santander objects to its treatment under the plan.

## 2. ARGUMENT

### A. The bankruptcy case was filed fewer than 910 days after purchase of loan.

Debtor obtained the loan through Santander on September 4, 2021. The bankruptcy case was opened on August 29, 2022. There were fewer than 910 days from the date of the purchase of the vehicle and the filing of the bankruptcy. Therefore, the Debtor may not cram down the value of the 2021 Chrysler 300. 11 U.S.C. § 1325(a) ("For purposes of paragraph (5), section 506 shall not apply to a claim described in that paragraph if the creditor has a purchase money security interest securing the Debt that is the subject claim, the Debt was incurred within the 910-day preceding the date of the filing of the petition, and the Collateral for that Debt consists of a motor vehicle (as defined in section 30102 of title 49) acquired for personal use of the Debtor").

The Debtor has incorrectly listed the Debt in Section 5(b) of the Chapter 13 Plan, Modified Secured Claims. The full balance of the claim, $41,880.61, should be provided for in Section 5(a) of the Plan, Unmodified Secured Claims.

### B. The interest rate proposed by Debtor is inadequate. (Santander is entitled to interest on its secured Debt.)

Debtor proposes to pay interest of 5.75% per annum on the allowed amount of the claim. No reason is given for how the 5.75% rate was chosen. The arbitrary interest rate chosen by Debtor is too low.

According to the Bankruptcy Code:

> [T]he court shall confirm a plan if--
>
> * * *
>
> (5) with respect to each allowed secured claim provided for by the plan –
>
> * * *
>
> (ii) the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; . . .

11 U.S.C. § 1325(a)(5)(B)(ii). The proper rate of interest in a chapter 13 is based on a "prime plus" formula. *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004). The current prime rate is 6.25%. An appropriate upward adjustment in this case would be 3% for a total rate of 9.25%.

### 3. **CONCLUSION**

Because the Debtor has not properly provided for the Santander Debt in full in Section 5(a) of the Plan and has proposed an interest rate on the secured claim that is too low, Santander requests that this Court deny confirmation of Debtor's Chapter 13 Plan.

DATED this 20th day of October 2022.

Ball, Santin & McLeran, PLC

By /s/ James B Ball #007339
James B. Ball
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital

COPIES of the foregoing mailed
this 20th day of October 2022 to:

Stephanie Del Karmen Cardoza Mancia
1555 S 220th Lane
Buckeye, AZ 85326
Debtor

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtor

Edward J. Maney
101 N. First Avenue, #1775
Phoenix, AZ 85003
Trustee

      /s/ Erin O'Brien

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

Case 2:22-bk-05728-BKM    Doc 21    Filed 10/20/22    Entered 10/20/22 11:16:22    Desc
Main Document    Page 4 of 4